HARRY C. ELDRIDGE, Respondent, *v.* LEVI W. FLAGG,
Appellant.

(Argued October 1, 1883; decided October 9, 1883.)

*R. W. Van Pelt* for appellant.

*G. Zabriskie* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.